Order Filed on November 15, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| |
|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** |
| HILL WALLACK LLP<br>Elizabeth K. Holdren, Esq.<br>21 Roszel Road<br>Princeton, New Jersey 08543-5226<br>(609)924-0808<br>eholdren@hillwallack.com<br>*Attorneys for Bank of America, N.A.* |
| In Re:<br><br>THOMAS C. DAGOSTINO, JR.,<br><br>        Debtor. |

Case No.: 18-23034(KCF)

Chapter 13

Judge: Kathryn C. Ferguson, C.U.S.B.J.

Hearing: November 14, 2018 at 10:00 a.m.

## ORDER RESOLVING OBJECTION OF BANK OF AMERICA, N.A. TO THE CONFIRMATION OF THE DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: November 15, 2018**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**
Debtor: THOMAS C. DAGOSTINO, JR.
Case No.: 18-23034(KCF)
Caption of Order: ORDER RESOLVING OBJECTION OF BANK OF AMERICA, N.A TO THE CONFIRMATION OF THE DEBTOR'S CHAPTER 13 PLAN

---

Upon the debtor's, Thomas C. D'Agostino ("Debtor") proposed Chapter 13 Plan and Hill Wallack LLP, attorneys for Bank of America, N.A. ("BOA"), having filed an Objection to Confirmation, and the parties having amicably resolved the Objection of BOA pursuant to the terms set forth herein, and for good and other cause shown, it is hereby

ORDERED that:

1. The Debtor's Chapter 13 Plan and any subsequently filed modified plan, is hereby amended pursuant to the terms set forth herein.

2. BOA's Proof of Claim (Claim #7) filed on August 22, 2018 shall be deemed an allowed claim and the pre-petition arrears due and owing BOA in the amount of $6,350.42, as set forth in its Proof of Claim, shall be paid in full by the Debtor through the Plan, and the Debtor shall pay regular post-petition monthly mortgage payments to BOA outside of the Plan.