| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** <br><br> HILL WALLACK LLP <br> Elizabeth K. Holdren, Esq. <br> 21 Roszel Road <br> Princeton, New Jersey 08543-5226 <br> (609)924-0808 <br> eholdren@hillwallack.com <br> *Attorneys for Bank of America, N.A.* | Order Filed on November 15, 2018 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey |
| In Re: <br><br> THOMAS C. DAGOSTINO, JR., <br><br>     Debtor. | Case No.: 18-23034(KCF) <br><br> Chapter 13 <br><br> Judge: Kathryn C. Ferguson, C.U.S.B.J. <br><br> Hearing: November 14, 2018 at 10:00 a.m. |

**ORDER RESOLVING OBJECTION OF BANK OF AMERICA, N.A. TO THE CONFIRMATION OF THE DEBTOR'S CHAPTER 13 PLAN**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: November 15, 2018**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**
Debtor: THOMAS C. DAGOSTINO, JR.
Case No.: 18-23034(KCF)
Caption of Order: ORDER RESOLVING OBJECTION OF BANK OF AMERICA, N.A TO THE CONFIRMATION OF THE DEBTOR'S CHAPTER 13 PLAN

---

Upon the debtor's, Thomas C. D'Agostino ("Debtor") proposed Chapter 13 Plan and Hill Wallack LLP, attorneys for Bank of America, N.A. ("BOA"), having filed an Objection to Confirmation, and the parties having amicably resolved the Objection of BOA pursuant to the terms set forth herein, and for good and other cause shown, it is hereby

ORDERED that:

1. The Debtor's Chapter 13 Plan and any subsequently filed modified plan, is hereby amended pursuant to the terms set forth herein.

2. BOA's Proof of Claim (Claim #7) filed on August 22, 2018 shall be deemed an allowed claim and the pre-petition arrears due and owing BOA in the amount of $6,350.42, as set forth in its Proof of Claim, shall be paid in full by the Debtor through the Plan, and the Debtor shall pay regular post-petition monthly mortgage payments to BOA outside of the Plan.

```
                          United States Bankruptcy Court
                                District of New Jersey
```

In re:                                                              Case No. 18-23034-KCF
Thomas C Dagostino, Jr.                                             Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 1            Date Rcvd: Nov 15, 2018
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2018.
db          +Thomas C Dagostino, Jr.,    19 Hospitality Way,    Englishtown, NJ 07726-1645

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2018 at the address(es) listed below:
          Albert   Russo    docs@russotrustee.com
          Elizabeth K. Holdren    on behalf of Creditor    BANK OF AMERICA, N.A. eholdren@hillwallack.com,
           jhanley@hillwallack.com
          Nicholas V. Rogers    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
          Rebecca K. McDowell    on behalf of Creditor    Premier Trailer Leasing Inc rmcdowell@slgcollect.com
          Robert C. Nisenson    on behalf of Debtor Thomas C Dagostino, Jr. rnisenson@aol.com,
           nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7