Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                    Case No.: 18−23034−KCF
                                    Chapter: 13
                                    Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Thomas C Dagostino Jr.
    19 Hospitality Way
    Englishtown, NJ 07726

Social Security No.:
    xxx−xx−5409

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/29/19.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 31, 2019
JAN: ckk

                                                                                  Jeanne Naughton
                                                                                   Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-23034-KCF
Thomas C Dagostino, Jr.                                               Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Jan 31, 2019
                              Form ID: 148             Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2019.
```
db          +Thomas C Dagostino, Jr.,    19 Hospitality Way,    Englishtown, NJ 07726-1645
cr          +BANK OF AMERICA, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
              Mt. Laurel, NJ 08054-3437
cr          +Premier Trailer Leasing Inc,    c/o Saldutti Law Group,    Rebecca K. McDowell, Esquire,
              800 N Kings Highway,    Suite 300,    Cherry Hill, NJ 08034-1511
517617887   +Amex,   C/O Zwicker & Associates, PC,    1105 Laurel Oak Road Suite 136,
              Voorhees, NJ 08043-4312
517617889   +Atomicbox, Inc,    C/O Peter T. Shapiro, Esq,    One Riverfront Plaza Suite 800,
              Newark, NJ 07102-5477
517838048   +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
517838049   +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806,
              Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
517617895   +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
              St Louis, MO 63179-0040
517724560    Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
              Kirkland, WA 98083-0657
517617896    Fuel 360 - Fleetcor/Card Services,    1001 Service Rd. East,    HWY 190 Suite 200,
              Covington, LA 70433
517617897   +Fuelman Mastercard,    C/O John C. William & Associates,    1612 Northeast Expressway,
              Atlanta, GA 30329-2003
517617899   +Leroys Jewelers,    Sterling Jewelers, Inc/Attn: Bankruptcy,    Po Box 1799,
              Akron, OH 44309-1799
517617900   +Logistic Dynamics, Inc,    C/O Marino, Mayers & Jarrach, LLC,    75 Kingsland Avenue Suite 3,
              Clifton, NJ 07014-2036
517617903   +Penske Truck Leasing,    David Delonge,    30 Montgomery St. Suite 990,
              Jersey City, NJ 07302-3859
517617904   +Premier Trailer Leasing Inc,    C/O Salduttilaw Group,    800 N. Kings Highway, Ste 300,
              Cherry Hill, NJ 08034-1511
517688483   +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
              Addison, Texas 75001-9013
517617911   +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Feb 01 2019 00:09:05     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 01 2019 00:09:00     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
517617885   +EDI: PHINAMERI.COM Feb 01 2019 04:28:00      AmeriCredit/GM Financial,    Po Box 183853,
              Arlington, TX 76096-3853
517740689    EDI: BECKLEE.COM Feb 01 2019 04:28:00      American Express National Bank,
              c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517617888   +EDI: AMEREXPR.COM Feb 01 2019 04:28:00      Amex,    Correspondence,    Po Box 981540,
              El Paso, TX 79998-1540
517716777    EDI: BANKAMER.COM Feb 01 2019 04:28:00      BANK OF AMERICA, N.A.,    Bank of America,
              PO BOX 31785,    Tampa FL 33631-3785
517617890   +EDI: BANKAMER.COM Feb 01 2019 04:28:00      Bank Of America,    Nc4-105-03-14,    Po Box 26012,
              Greensboro, NC 27420-6012
517617892   +EDI: CAPITALONE.COM Feb 01 2019 04:28:00      Capital One,
              Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517671443    EDI: CAPITALONE.COM Feb 01 2019 04:28:00      Capital One Bank (USA), N.A.,    PO Box 71083,
              Charlotte, NC 28272-1083
517617898   +E-mail/Text: creditriskdept@wiley.com Feb 01 2019 00:08:01     John A. Wiley & Sons,
              111 River St. MS 2-01,    Hoboken, NJ 07030-5790
517710355   +EDI: MID8.COM Feb 01 2019 04:28:00      Midland Funding LLC,    PO Box 2011,
              Warren, MI 48090-2011
517617901   +E-mail/Text: bnc@nordstrom.com Feb 01 2019 00:08:09     Nordstrom FSB,
              Attn: Bankruptcy Department,    Po Box 6555,    Englewood, CO 80155-6555
517617902    E-mail/Text: webinfo@pac-fin.com Feb 01 2019 00:09:54     Pacific Financial Association Inc,
              1606 W. Whispering Wind Dr.,    Phoenix, AZ 85085
517720296    EDI: PRA.COM Feb 01 2019 04:28:00      Portfolio Recovery Associates, LLC,
              c/o Best Buy Credit Card,    POB 41067,    Norfolk VA 23541
517740344    EDI: PRA.COM Feb 01 2019 04:28:00      Portfolio Recovery Associates, LLC,    c/o Pc Richards,
              POB 41067,    Norfolk VA 23541
517741257    EDI: PRA.COM Feb 01 2019 04:28:00      Portfolio Recovery Associates, LLC,
              c/o The Home Depot Consumer,    POB 41067,    Norfolk VA 23541
517617905   +EDI: RMSC.COM Feb 01 2019 04:28:00      Syncb/jci Home Dsgn Hv,    Attn: Bankruptcy,
              Po Box 965060,    Orlando, FL 32896-5060
517621537   +EDI: RMSC.COM Feb 01 2019 04:28:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
              PO Box 41021,    Norfolk, VA 23541-1021
517617906   +EDI: RMSC.COM Feb 01 2019 04:28:00      Synchrony Bank/Old Navy,    Attn: Bankruptcy,
              Po Box 965060,    Orlando, FL 32896-5060
517617907   +EDI: RMSC.COM Feb 01 2019 04:28:00      Synchrony Bank/PC Richard,    Attn: Bankruptcy,
              Po Box 965060,    Orlando, FL 32896-5060
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jan 31, 2019
                              Form ID: 148             Total Noticed: 42

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517617908      EDI: TFSR.COM Feb 01 2019 04:28:00     Toyota Motor Credit Co,    Po Box 8026,
               Cedar Rapids, IA 52408
517617912     +EDI: WFFNB.COM Feb 01 2019 04:28:00     WFFNB/Bobs Discount Furniture,    Po Box 10438,
               Des Moines, IA 50306-0438
517658752      EDI: WFFC.COM Feb 01 2019 04:28:00     Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,
               Des Moines,   IA    50306-0438
517708038     +EDI: WFFC.COM Feb 01 2019 04:28:00     Wells Fargo Equipment Finance,    2700 S Price Rd.,
               3rd Floor,   Chandler, AZ 85286-7804
517732617      EDI: ECAST.COM Feb 01 2019 04:28:00     eCAST Settlement Corporation,    PO Box 29262,
               New York NY 10087-9262
                                                                                              TOTAL: 25

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517617891          Cap1/bstby
517617886*        +AmeriCredit/GM Financial,    Po Box 183853,    Arlington, TX 76096-3853
517617893*        +Capital One,   Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                   Salt Lake City, UT 84130-0285
517617894*        +Capital One,   Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                   Salt Lake City, UT 84130-0285
517617909*       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                   (address filed with court:   Toyota Motor Credit Co,    Po Box 8026,   Cedar Rapids, IA 52408)
517617910*       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                   (address filed with court:   Toyota Motor Credit Co,    Po Box 8026,   Cedar Rapids, IA 52408)
                                                                                    TOTALS: 1, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2019 at the address(es) listed below:
              Albert    Russo     docs@russotrustee.com
              Elizabeth K. Holdren    on behalf of Creditor    BANK OF AMERICA, N.A. eholdren@hillwallack.com,
               jhanley@hillwallack.com;hwbknj@hillwallack.com
              Nicholas V. Rogers    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              Rebecca K. McDowell    on behalf of Creditor    Premier Trailer Leasing Inc rmcdowell@slgcollect.com
              Robert C. Nisenson    on behalf of Debtor Thomas C Dagostino, Jr. rnisenson@aol.com,
               nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7
```