**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Order Filed on March 4, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Thomas C. Dagostino, Jr.

Case No.: 18-23034

Hearing Date: February 27, 2019

Judge: Kathryn C. Ferguson

Chapter: 13

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
## TO VACATE DISMISSAL OF CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 4, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

A motion or application having been filed on _____January 30_____, 20 _19_ by _Robert C. Nisenson_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Thomas C Dagostino, Jr.  
      Debtor

Case No. 18-23034-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Mar 04, 2019  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2019.  
db          +Thomas C Dagostino, Jr.,   19 Hospitality Way,   Englishtown, NJ 07726-1645

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                     TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2019 at the address(es) listed below:  
          Albert   Russo   docs@russotrustee.com  
          Elizabeth K. Holdren   on behalf of Creditor   BANK OF AMERICA, N.A. eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com  
          Nicholas V. Rogers   on behalf of Creditor   BANK OF AMERICA, N.A. nj.bkecf@fedphe.com  
          Rebecca Ann Solarz   on behalf of Creditor   Toyota Lease Trust rsolarz@kmllawgroup.com  
          Rebecca K. McDowell   on behalf of Creditor   Premier Trailer Leasing Inc rmcdowell@slgcollect.com  
          Robert C. Nisenson   on behalf of Debtor Thomas C Dagostino, Jr. rnisenson@aol.com, nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com  
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                     TOTAL: 7